```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 23806
    GERRY MALONEY
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-5473


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 12/18/2007 and was not confirmed.

     The case was dismissed without confirmation 02/28/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
AMERICAN GENERAL FINANCE  CURRENT MORTG          .00             .00              .00
AMERICAN GENERAL FINANCE  MORTGAGE ARRE      17000.00            .00              .00
COOK COUNTY TREASURER     SECURED             2981.00            .00              .00
ASSOCIATE AREA COUNSEL S  NOTICE ONLY        NOT FILED           .00              .00
D PATRICK MULLARKEY       NOTICE ONLY        NOT FILED           .00              .00
INTERNAL REVENUE SERVICE  NOTICE ONLY        NOT FILED           .00              .00
INTERNAL REVENUE SERVICE  NOTICE ONLY        NOT FILED           .00              .00
FINANCIAL COLLECTION CON  UNSECURED          NOT FILED           .00              .00
ANGELA NARDI QUIGLEY      NOTICE ONLY        NOT FILED           .00              .00
ASSET ACCEPTANCE LLC      UNSECURED             52.42            .00              .00
HOUSEHOLD FINANCE/ BENEF  UNSECURED          NOT FILED           .00              .00
BUREAU OF COLLECTION REC  UNSECURED          NOT FILED           .00              .00
HARRIS                    UNSECURED          NOT FILED           .00              .00
ILLINOIS COLLECTION SE    UNSECURED          NOT FILED           .00              .00
JAMES PALMISANO           UNSECURED          33935.29            .00              .00
KEY NOTE CONSULTING       UNSECURED          NOT FILED           .00              .00
LOUIS A WEINSTOCK         NOTICE ONLY        NOT FILED           .00              .00
NW COLLECTOR              UNSECURED          NOT FILED           .00              .00
PEOPLES GAS LIGHT & COKE  UNSECURED             99.84            .00              .00
PORTFOLIO RECOVERY ASSOC  UNSECURED          NOT FILED           .00              .00
PORTFOLIO RECOVERY ASSOC  UNSECURED          NOT FILED           .00              .00
JEFFERSON CAPITAL SYSTEM  UNSECURED            734.59            .00              .00
INTERNAL REVENUE SERVICE  PRIORITY          10000.00             .00              .00
ASSET ACCEPTANCE CORP     UNSECURED           1194.60            .00              .00
ASSET ACCEPTANCE CORP     UNSECURED          22660.96            .00              .00
ANGELA NARDI QUIGLEY      SECURED NOT I       6874.44            .00              .00
KONSTANTINE T SPARAGIS    DEBTOR ATTY            .00                              .00
TOM VAUGHN                TRUSTEE                                                 .00
DEBTOR REFUND             REFUND                                                  .00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                              RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 23806 GERRY MALONEY
```

```
PRIORITY                                                              .00
SECURED                                                               .00
UNSECURED                                                             .00
ADMINISTRATIVE                                                        .00
TRUSTEE COMPENSATION                                                  .00
DEBTOR REFUND                                                         .00
                                      ---------------   ---------------
TOTALS                                            .00               .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
  Dated: 05/27/08                  _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```